**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

United States

Tasha Underwood Private Attorney General

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Philadelphia County Sheriff Rochelle Bilal

HABITAT FOR HUMANITY CEO Corrine O'Connell

HFHP FUNDING COMPANY LLC CEO Corrine O'Connell

OUR NEXT APARTMENT Kenneth L Baritz

Judicial Records Manager Sean McGregor and Clerk Jennifer Murphy

KMLLAWGROUP P.C

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

REC'D OCT 3 0 2024

**COMPLAINT**

Jury Trial:  ☑Yes   ☐ No

*(check one)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Private Attorney General Tasha Underwood |
| | Street Address | 4946 West Stiles Street |
| | County, City | Philadelphia, Philadelphia |
| | State & Zip Code | Pennsylvania Republic 19131-9998 |
| | Telephone Number | |

*Rev. 10/2009*

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name ___ SHERIFF ROCHELLE BILAL ___

Street Address LAND TITLE BUILDING 100 SOUTH BROAD STREET 5TH FLOOR

County, City ___ Philadelphia Philadelphia ___

State & Zip Code ___ Pennsylvania 19121 ___

Defendant No. 2

Name HABITAT FOR HUMANITY CEO Corrine O'Connell

Street Address ___ 1829 N 19th Street ___

County, City ___ Philadelphia, Philadelphia ___

State & Zip Code Pennsylvania 19110

Defendant No. 3

Name ___ KMLLAWGROUP P.C. ___

Street Address ___ Mellon Independence Center 701 Market Street Suite 5000 ___

County, City ___ Philadelphia, Philadelphia ___

State & Zip Code ___ Pennsylvania 19106 ___

Defendant No. 4

Name ___ Kenneth L Baritz, Baritz Law Associates LLC ___

Street Address ___ Land Title Building 100 S Broad Street #1205 ___

County, City Philadelphia, Philadelphia

State & Zip Code Pennsylvania 19110

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions      Q  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.     Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur?  City and County of Philadelphia _____

_____

B.      What date and approximate time did the events giving rise to your claim(s) occur?  September 25, 2017  10:46 AM, July 24, 2019 2:09 PM, October 2, 2020 4:13 PM  September 13, 2024 4:41 PM _____

_____

| What happened to you? |

C.      Facts:   See Affidavit _____

_____
_____
_____
_____
_____
_____

| Who did what? |

See Affidavit _____
_____
_____
_____

| Was anyone else involved? |

See Affidavit _____
_____
_____
_____
_____

| Who else saw what happened? |

See Affidavit _____
_____
_____
_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. See Affidavit

---

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Damages Twenty Two Million Seven Hundred Seventy Four Thousand Seven Hundred Twenty Eight dollars

from HFHP Funding LLC

Punitive Damages for Harassment, Poor Construction,

Judicial Records Denied filing Procedure Two Hundred and Fifty Thousand

County of Philadelphia Sheriff Office for Two Million for Eviction August 2021 and the Return of the Aparment

at 4012 Old York Road

Damages from DHS, Department of Human Resources, 4 Million Comepensation for the Children

To be redeemable in the U.S. Treasury Department and to pay down the Debt of the United States

I do not wish to continue to contribute the Debt in United States

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 30 ___ day of ___ October _____ , 20 24 ___ .

Signature of Plaintiff ___ Private Attorney General Tasha Underwood

Mailing Address ___ 4946 W. Stiles Street

Philadelphia Pennsyvania Republic

19131-9998

Telephone Number ___ 215-473-1506

Fax Number *(if you have one)* _____

E-mail Address _____

<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners</u>:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

eRecorded in Philadelphia PA   Doc Id: 54336789
08/29/2024 09:56 AM     Page 1 of 53     Rec Fee: $274.75
Receipt#: 24-69233
Records Department     Doc Code: DS
State RTT: $0.00     Local RTT: $4,503.97

2403-324

# Know all Men by these Presents

*THAT I, Rochelle Bilal, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for and in consideration of the sum TWENTY TWO THOUSAND EIGHT HUNDREDAND XX / 100 [$22,800.00] dollars,  to me in hand paid, do hereby grant and convey to HABITAT FOR HUMANITY PHILADELPHIA INC.*

### DESCRIPTION

BRT#:442095505

Premises Being:  **4946-48 WEST STILES STREET, PHILADELPHIA, PA 19131**

SEE THE ATTACHED LEGAL DESCRIPTION

*The same having been sold, on the 5th day of March Anno Domini Two Thousand Twenty Four , after due advertisement, according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of October Term, Two Thousand Twenty Number 0064 as the suit of:*

HABITAT FOR HUMANITY PHILADELPHIA INC

VS.

EMPRESS TASHA ALISA TIPPETT BEY

**In witness whereof, I have hereunto affixed my signature this 24th day of July Anno Domini Two Thousand Twenty-Four.**

**SEALED AND DELIVERED
IN THE PRESENCE OF:**

_D. ff._

———————————————————
Witness

_rwL_

———————————————————
Witness

**Rochelle Bilal, SHERIFF**

**BY**

*Tariq Karim El-Shabazz, Esq*

———————————————————
Tariq El-Shabazz, Esq., Undersheriff

Commonwealth of Pennsylvania :
County of Philadelphia :

On this, the 24 July, 2024, before me, the undersigned Officer, personally appeared ROCHELLE BILAL, BY HIS/HER UNDERSHERIFF TARIQ EL-SHABAZZ, ESQ., Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Kara Kalogrias*
_____
Office of Judicial Records
Kara Kalogrias, Deputy Director

Book. No. _____ 2403
Writ No. _____ 324
Control No. _____

# Deed = Poll

Rochelle Bilal, SHERIFF

TO

HABITAT FOR HUMANITY PHILADELPHIA INC

HABITAT FOR HUMANITY PHILADELPHIA INC

VS.

EMPRESS TASHA ALISA TIPPETT BEY

OCT T 2020

No. _____ 0064

Premises:
4946-48 WEST STILES STREET,
PHILADELPHIA, PA 19131

Sheriff of the County of Philadelphia
Inspector David Fallen
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA 19110

The Address of the within-named Grantee

1829 N 19TH STREET

PHILADELPHIA, PA 19121

On behalf of the Grantee

Rochelle Bilal, SHERIFF

Philadelphia Sheriff Office



# pennsylvania
**DEPARTMENT OF REVENUE**

**Bureau of Individual Taxes**
PO BOX 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

See reverse for instructions.

**RECORDER'S USE ONLY**
54338789

| State Tax Paid |
| --- |
| Book Number |
| Page Number |
| Date Recorded |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

## A. CORRESPONDENT - All Inquiries may be directed to the following person:

| Name | Telephone Number |
| --- | --- |
| Sheriff of the County of Philadelphia | (215) 686-3530 |

| Mailing Address | City | State | ZIP Code |
| --- | --- | --- | --- |
| Land Title Building 100 South Broad Street 5th Floor | Philadelphia | PA | 19110 |

## B. TRANSFER DATA                    Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
| --- | --- |
| Rochelle Bilal, Sheriff | HABITAT FOR HUMANITY PHILADELPHIA INC |

| Mailing Address | Mailing Address |
| --- | --- |
| Land Title Building 100 South Broad Street 5th Floor | 1829 N 19TH STREET |

| City | State | ZIP Code | City | State | ZIP Code |
| --- | --- | --- | --- | --- | --- |
| Philadelphia | PA | 19110 | PHILADELPHIA | PA | 19121 |

## C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
| --- | --- |
| 4946-48 WEST STILES ST | PHILADELPHIA |

| County | School District | Tax Parcel Number |
| --- | --- | --- |
| Philadelphia | PHILADELPHIA | 442095505 |

## D. VALUATION DATA

Was transaction part of an assignment or relocation?   ☐ Y  ☐ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
| --- | --- | --- |
| $22,800.00 | + $0.00 | = $22,800.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
| --- | --- | --- |
| $137,400.00 | x 1.00 | = $137,400.00 |

## E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
| --- | --- | --- |
| | | |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession. _____

           (Name of Descendant)        (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into trust _____

   If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
| --- | --- |
| Mark Wilson | 07/24/2024 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

|  | BOOK NO. | PAGE NO. |
| --- | --- | --- |

## PHILADELPHIA REAL ESTATE
## TRANSFER TAX CERTIFICATION

| DATE RECORDED |
| --- |
| CITY TAX PAID |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

### A. CORRESPONDENT - All inquiries may be directed to the following person:

| NAME | TELEPHONE NUMBER |
| --- | --- |
| **Sheriff of the County of Philadelphia** | **(215) 686-3530** |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| **Land Title Building100 South Broad Street 5th Floor** | **Philadelphia** | **PA** | **19110** |

### B. TRANFER DATA

DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
| --- | --- |
| **Rochelle Bilal, Sheriff** | HABITAT FOR HUMANITY PHILADELPHIA INC |

| STREET ADDRESS | STREET ADDRESS |
| --- | --- |
| **Land Title Building100 South Broad Street 5th Floor** | 1829 N 19TH STREET |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- | --- |
| **Philadelphia** | **PA** | **19110** | **PHILADELPHIA** | **PA** | **19121** |

### C. PROPERTY LOCATION

| STREET ADDRESS | CITY, TOWNSHIP, BOROUGH |
| --- | --- |
| **4946-48 WEST STILES ST** | **PHILADELPHIA** |

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
| --- | --- | --- |
| **PHILADELPHIA** | **PHILADELPHIA** | **442095505** |

### D. VALUATION DATA

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
| --- | --- | --- |
| **$22,800.00** | **+ $0.00** | **= $22,800.00** |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
| --- | --- | --- |
| **$137,400.00** | **x 1.00** | **= $137,400.00** |

### E. EXEMPTION DATA

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED | **Transfer Tax: $4,503.97** |
| --- | --- | --- |

**2. Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession _____ .
_____(NAME OF DECEDENT)_____(ESTATE FILE NUMBER)

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement.)

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____

☐ Transfer to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in a default. Mortgage Book Number _____ , Page Number _____ . Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed.)

☐ Other (Please explain exemption claimed, if other than listed above.) _____
_____
_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
| --- | --- |
| Mark Wilson | 07/24/2024 |

2403-324

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements erected thereon, situated in the 44th Ward of the city of Philadelphia, and described in accordance with a Survey and Plan of property 2012-37SK-D4997 CP#150 made July 30, 2012 for Habitat for Humanity by Karl E. Kriegh Acting Surveyor & Regulator of the Seventh Survey District, as follows:

BEGINNING AT A POINT on the southerly side of Stiles Street 30 feet wide legally open, on City plan at a distance of 341.994 feet eastwardly from the southeasterly side of St. Bernard Street 30 feet wide legally open, on City Plan; Thence extending N 84 degrees 10 minutes 10 seconds E, along said Stiles Street the distance of 28.000 feet to a point;

THENCE extending S 05 degrees 49 minutes 50 seconds E, partly passing through a masonry wall, the distance of 50.000 feet to a point on the northerly side of a certain 4 feet wide alley which extends eastwardly and communicates with another 4 feet wide alley that extends northwardly to said Stiles Street and also extends westwardly communicating with a third 4 feet wide alley that extends northwardly to said Stiles Street and southwardly to communicate with a three feet wide alley that extends westwardly to said St. Bernard Street;

THENCE extending along the said northerly side of the said 4 feet wide alley S 84 degrees 10 minutes 10 seconds W, the distance of 28.000 feet to a point;

THENCE extending N 05 degrees 49 minutes 50 seconds W, partly passing through a masonry wall the distance of 50.000 feet to a point on the said southerly side of Stiles Street being the First Mentioned Point and Place of Beginning.

CONTAINING IN AREA 1,400 SQ. FT. or 0.03214 Acres

BEING KNOWN AS: 4946 - 48 WEST STILES STREET, PHILADELPHIA, PA 19131

OPA NUMBER: 442095505

BEING THE SAME PREMISES WHICH HABITAT FOR HUMANITY PHILADELPHIA, INC. BY DEED DATED 6/24/2013 AND RECORDED 6/26/2013 IN THE OFFICE OF THE RECORDER OF DEEDS OF PHILADELPHIA COUNTY INSTRUMENT NUMBER: 52659188, GRANTED AND CONVEYED UNTO TASHA UNDERWOOD.

eRecorded in Philadelphia PA    Doc Id: 53501036
04/16/2019 08:27 AM    Page 1 of 6    Rec Fee: $256.75
Receipt#: 19-36405
Records Department    Doc Code: DS
State RTT: $1,559.44    Local RTT: $5,111.84

1812-122

# Know all Men by these Presents

*THAT I, Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for and in consideration of the sum of FIFTY-NINE THOUSAND AND XX / 100 [$59,000.00] dollars, to me in hand paid, do hereby grant and convey to OUR NEXT APARTMENT LLC .*

### DESCRIPTION

BRT#: **433171200**

Premises Being:    **4012 OLD YORK RD, PHILADELPHIA, PA 19140-2027**

SEE ATTACHED LEGAL DESCRIPTION

*The same having been sold, on the 16th day of January Anno Domini Two Thousand Nineteen, after due advertisement, according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of September Term, Two Thousand Seventeen Number T0401 as the suit of:*

CITY OF PHILADELPHIA

VS.

TASHA UNDERWOOD

**In witness whereof, I have hereunto affixed my signature this 21st day of March Anno Domini Two**

**Thousand Nineteen.**

**SEALED AND DELIVERED**
**IN THE PRESENCE OF:**

_____
Tiffany Harrison (Mar 22, 2019)

Witness

**Jewell Williams, SHERIFF**

**BY**

_____
Richard Tyer
Richard Tyer (Mar 22, 2019)

Witness

_____
Joseph C. Vignola
Joseph C. Vignola (Mar 22, 2019)

Joseph C. Vignola, Undersheriff

**Commonwealth of Pennsylvania** :
**County of Philadelphia** :

*On this, the 21 Mar 2019, before me, the undersigned Officer, personally appeared JEWELL WILLIAMS, BY HIS/HER UNDERSHERIFF JOSEPH C. VIGNOLA, Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.*

*In Witness Whereof, I hereunto set my hand and official seal.*

*Steven J. Wulko*
Steven J. Wulko (Mar 22, 2019)

**Office of Judicial Records**
*Steven  J. Wulko, Deputy Director*

Book No. ___ 1812
Writ No. ___ 122
Control No. ___

# Deed = Poll

Jewell Williams, SHERIFF

TO

OUR NEXT APARTMENT LLC

Sep. T. 2017

No. ___ T0401

Premises:
**4012 OLD YORK RD**
**PHILADELPHIA, PA19140-2027**

CITY OF PHILADELPHIA

VS.

TASHA UNDERWOOD

**Sheriff of the County of Philadelphia**
**Chief Inspector Richard Verrecchio**
**Witness**
**Real Estate/Settlement Dept.**
**Land Title Building**
**100 South Broad Street 5th Floor**
**Philadelphia, PA19110**

The Address of the within-named Grantee
**934 ROBIN LANE**
**19906, PA19006**
On behalf of the Grantee
Jewell Williams, SHERIFF
Philadelphia Sheriff Office

REV-183 EX (2-15)

 **pennsylvania**
DEPARTMENT OF REVENUE

Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX
## STATEMENT OF VALUE

*See reverse for instructions.*

**RECORDER'S USE ONLY**

State Tax Paid

Book Number

Page Number

Date Recorded

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

### A. CORRESPONDENT - All inquiries may be directed to the following person:

| Name | Telephone Number |
|---|---|
| **Sheriff of the County of Philadelphia** | **(215) 686-3530** |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| **Land Title Building 100 South Broad Street 5th Floor** | **Philadelphia** | **PA** | **19110** |

### B. TRANSFER DATA
Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| **Jewell Williams, Sheriff** | **OUR NEXT APARTMENT LLC** |

| Mailing Address | Mailing Address |
|---|---|
| **Land Title Building 100 South Broad Street 5th Floor** | **934 ROBIN LANE** |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| **Philadelphia** | **PA** | **19110** | **19006** | **PA** | **19006** |

### C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| **4012 OLD YORK RD** | **PHILADELPHIA** |

| County | School District | Tax Parcel Number |
|---|---|---|
| **Philadelphia** | | **433171200** |

### D. VALUATION DATA

Was transaction part of an assignment or relocation?  ☐ Y  ☐ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| **$59,000.00** | **+ $0.00** | **= $59,000.00** |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| **$154,400.00** | **x 1.01** | **= $155,944.00** |

### E. EXEMPTION DATA - Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| | | |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession.

            (Name of Descendant)        (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into trust

    If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation orin lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.)

---

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| **Crystal Martinez** | **03/21/2019** |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

| | BOOK NO. | PAGE NO. |
|---|---|---|

## PHILADELPHIA REAL ESTATE TRANSFER TAX CERTIFICATION

DATE RECORDED

CITY TAX PAID

Complete each section and file in duplicate with Recorder of Deeds when (1) the full consideration/value is/is not set forth in the deed, (2) when the deed is with consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed, attach additional sheet(s).

**A. CORRESPONDENT - All inquiries may be directed to the following person:**

| NAME | TELEPHONE NUMBER |
|---|---|
| Sheriff of the County of Philadelphia | (215) 686-3530 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Land Title Building100 South Broad Street 5th Floor | Philadelphia | PA | 19110 |

**B. TRANFER DATA**

DATE OF ACCEPTANCE OF DOCUMENT:

| GRANTOR(S)/LESSOR(S) | GRANTEE(S)/LESSEE(S) |
|---|---|
| Jewell Williams, Sheriff | OUR NEXT APARTMENT LLC |

| STREET ADDRESS | STREET ADDRESS |
|---|---|
| Land Title Building100 South Broad Street 5th Floor | 934 ROBIN LANE |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Philadelphia | PA | 19110 | 19006 | PA | 19006 |

**C. PROPERTY LOCATION**

| STREET ADDRESS | CITY, TOWNSHIP, BOROUGH |
|---|---|
| 4012 OLD YORK RD | PHILADELPHIA |

| COUNTY | SCHOOL DISTRICT | TAX PARCEL NUMBER |
|---|---|---|
| PHILADELPHIA | | 433171200 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $59,000.00 | + $0.00 | = $59,000.00 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| $154,400.00 | x 1.01 | = $155,944.00 |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION | 1B. PERCENTAGE OF INTEREST CONVEYED | |
|---|---|---|
| | | Transfer Tax:  $6,671.28 |

**2. Check Appropriate Box Below for Exemption Claimed**

☐ Will or intestate succession _____ .
　　　　　　　　　　　　　　　*(NAME OF DECEDENT)*　　　　　　　*(ESTATE FILE NUMBER)*

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party. (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent. (Attach copy of agency/straw trust agreement). Tax paid prior deed $ _____ .

☐ Transfer to the Commonwealth, the United States, and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (Attach copy of resolution).

☐ Transfer from mortgagor to a holder of a mortgage in a default. Mortgage Book Number _____ , Page Number _____ Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of the prior deed).

☐ Other (Please explain exemption claimed, if other than listed above.) _____

_____

_____

*Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.*

| SIGNATURE OF CORRESPONDENT OR RESPONSIBLE PARTY | DATE |
|---|---|
| Crystal Martinez | 3/21/2019 |

*1812 -132*

## Legal Description

BRT/OPA #    433171200

Assessed Legal Description          120 5 3/8  N LUZERNE  1 STY BK GAR APTS (25 00  X 121 03)

Abbreviated Legal Description     25 X IRREG

Actual Legal Description                                                                                              4012 OLD YORK RD

ALL THAT CERTAIN lot or piece of ground together with the two story brick stores and dwellings thereon erected

SITUATE on the West side of Old York Road at the distance of 144 feet 11 1/8 inches Southwardly from the South side of Lycoming (formerly Roxborough) Street

CONTAINING in front or breadth on Old York Road 25 feet and extending in length or depth Westward between lines parallel with Lycoming Street on the North line thereof 117 feet 1 3/4 inches and on the South line thereof 121 feet 3/8 of an inch to the East side of 13th Street  along which said street it has a frontage of 24 feet 8 3/8 inches

BEING the same premises which Raymond Robinson by Deed dated 07/18/2014 and recorded 10/27/2014 at Philadelphia in Deed Book JTD 52843400 granted and conveyed unto Tasha Underwood in fee

Case ID: 170010401

**HABITAT FOR HUMANITY PHILADEPHIA, INC. AND SUBSIDIARY**
**Notes to Financial Statements (continued)**

## NOTE 10:  COMPLETED HOUSES UNDER LEASE PURCHASE

In some cases, houses completed and available are leased to the future homeowner until final closing and transfer of ownership occur. Prior to the transfer, the future homeowner makes payments, which the Organization holds and applies to defray closing costs. Once a family moves into the home, they are required to make monthly payments, which are applied toward real estate taxes, property and a down payment to reduce the mortgage they will assume. The balance as of both June 30, 2020 and 2019 totaled $85,000.

## NOTE 11: PPP LOAN PAYABLE

In April 2020, the Organization was granted a loan of $516,854, pursuant to the Paycheck Protection Program (the "PPP") under Division A, Title I of the CARES Act. The loan, which was in the form of a Note dated May 5, 2020, matures in May 5, 2022 and bears interest at a rate of 1.00% per annum, commencing November 5, 2020. The Note may be prepaid by the Organization at any time prior to maturity with no prepayment penalties. Funds from the loan may only be used for payroll costs, costs used to continue group health care benefits, mortgage payments, rent, utilities, and interest on other debt obligations incurred. Under the terms of the PPP, certain amounts of the loan may be forgiven if they are used for qualifying expenses during the eligibility period as described in the CARES Act. The Organization will be requesting forgiveness for the PPP loan in March of 2021.

## NOTE 12: LINE OF CREDIT

The Organization has established a revolving line of credit with Santander Bank in the amount of $750,000 with a financial institution with an interest rate of 1% above the bank's prime rate.  The interest rate as of June 30, 2020 was 4.25%.  The line of credit is due and payable in full upon demand by the lender.  As of June 30, 2020 and 2019, there were no balances outstanding.  In September of 2020, the line of credit was increased to $1,000,000.

## NOTE 13: NOTES PAYABLE

The Organization had the following notes outstanding at June 30, 2020 and 2019:

| | 2020 | 2019 |
|---|---|---|
| On January 4, 2015, the Organization refinanced a loan held by Santander Bank in the amount of $270,356 at 3.85%. The loan is to be paid monthly over 5 years at $1,987 per month, principal and interest, with the total remaining principal balance becoming due after 5 years. The maturity of this loan was extended to October 2020. The loan is secured by Stiles Street properties. This loan was paid off in October 2020. | $    195,795 | $    206,403 |
| On December 5, 2016, the Organization obtained a note payable for $2,182,243 from PNC Community Development Company, LLC. Proceeds from the loan were $1,478,087. The note includes $680,056 of prepaid interest and $24,100 of loan fees. The note is secured by $684,110 of mortgages receivable (net of discount of $1,202,095) as of June 30, 2020 and requires monthly payments ranging from $252 to $6,903 based on a payment schedule that is based on the anticipated amounts to be received from those mortgages receivable.  The note matures May 9, 2046. | 1,362,993 | 1,404,263 |

Form 990 (2022)  HABITAT FOR HUMANITY PHILADELPHIA INC.  42-1580163  Page **11**

| Part X | Balance Sheet |

Check if Schedule O contains a response or note to any line in this Part X ........................................ ☐

|  |  |  | (A) Beginning of year |  | (B) End of year |
|---|---|---|---|---|---|
| Assets | 1 | Cash - non-interest-bearing ........................................ | 13,090,506. | 1 | 9,749,194. |
|  | 2 | Savings and temporary cash investments ........................ | 882,351. | 2 | 1,033,519. |
|  | 3 | Pledges and grants receivable, net .............................. | 1,074,265. | 3 | 1,645,337. |
|  | 4 | Accounts receivable, net ........................................ | 46,959. | 4 | 49,987. |
|  | 5 | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons ............ |  | 5 |  |
|  | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) ..... |  | 6 |  |
|  | 7 | Notes and loans receivable, net ................................. | 1,694,259. | 7 | 1,738,694. |
|  | 8 | Inventories for sale or use ..................................... | 45,000. | 8 | 45,000. |
|  | 9 | Prepaid expenses and deferred charges ......................... | 141,613. | 9 | 92,962. |
|  | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D ........ **10a** 1,953,393. |  |  |  |
|  | b | Less: accumulated depreciation ........ **10b** 601,401. | 1,123,663. | 10c | 1,351,992. |
|  | 11 | Investments - publicly traded securities ......................... |  | 11 |  |
|  | 12 | Investments - other securities. See Part IV, line 11 ............ | 1,366,366. | 12 | 1,364,889. |
|  | 13 | Investments - program-related. See Part IV, line 11 ............ |  | 13 |  |
|  | 14 | Intangible assets ................................................ |  | 14 |  |
|  | 15 | Other assets. See Part IV, line 11 ............................. | 893,296. | 15 | 5,703,154. |
|  | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) ..... | 20,358,278. | 16 | 22,774,728. |
| Liabilities | 17 | Accounts payable and accrued expenses ........................ | 451,282. | 17 | 750,586. |
|  | 18 | Grants payable .................................................. |  | 18 |  |
|  | 19 | Deferred revenue ............................................... | 390,000. | 19 | 1,177,709. |
|  | 20 | Tax-exempt bond liabilities ...................................... |  | 20 |  |
|  | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D ............ |  | 21 |  |
|  | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons .............. |  | 22 |  |
|  | 23 | Secured mortgages and notes payable to unrelated third parties ... | 4,266,245. | 23 | 4,247,563. |
|  | 24 | Unsecured notes and loans payable to unrelated third parties ..... |  | 24 |  |
|  | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D ............ | 111,370. | 25 | 1,859,327. |
|  | 26 | **Total liabilities.** Add lines 17 through 25 ...................... | 5,218,897. | 26 | 8,035,185. |
| Net Assets or Fund Balances | | Organizations that follow FASB ASC 958, check here ☒ and complete lines 27, 28, 32, and 33. |  |  |  |
|  | 27 | Net assets without donor restrictions ........................... | 14,547,388. | 27 | 13,445,862. |
|  | 28 | Net assets with donor restrictions ............................. | 591,993. | 28 | 1,293,681. |
|  | | Organizations that do not follow FASB ASC 958, check here ☐ and complete lines 29 through 33. |  |  |  |
|  | 29 | Capital stock or trust principal, or current funds ............... |  | 29 |  |
|  | 30 | Paid-in or capital surplus, or land, building, or equipment fund ... |  | 30 |  |
|  | 31 | Retained earnings, endowment, accumulated income, or other funds ... |  | 31 |  |
|  | 32 | Total net assets or fund balances .............................. | 15,139,381. | 32 | 14,739,543. |
|  | 33 | Total liabilities and net assets/fund balances .................. | 20,358,278. | 33 | 22,774,728. |

Form **990** (2022)

232011 12-13-22



52659187
Page: 1 of 9
06/26/2013 10:30AM

This Document Recorded          Doc Id: 52659187
06/26/2013   State RTT: 0.00     Receipt #: 1259556
10:30AM      Local RTT: 0.00     Rec Fee: 230.00
Doc Code: D    Commissioner of Records, City of Philadelphia

## NOT INSURED – ACCOMODATION RECORDING

**PREPARED BY:**
Judy F. Berkman, Esquire
Regional Housing Legal Services
2 South Easton Road
Glenside, PA 19038

**RETURN TO:**
Prestige Abstract Corporation
100 South Broad Street
Suite 1330
Philadelphia, PA 19110

### DEED OF CONSOLIDATION

**OLD BRT TAX NO's:**
4946 West Stiles Street: 44-2-09-5500
4948 West Stiles Street: 44-2-09-5610
NE BRT TAX NO: 44-2-0956-48

**THIS INDENTURE** made the ⟨24th⟩ day of **June**

in the year of our Lord Two Thousand and Thirteen (2013)

**BETWEEN**        **Habitat for Humanity Philadelphia, Inc., a Pennsylvania Non-profit Corporation [the survivor corporation of a merger with Habitat for Humanity—West Philadelphia, a Pennsylvania Non-profit Corporation (also known as Habitat for Humanity, West Philadelphia)] also known as Habitat for Humanity**

(hereinafter called the Grantor), Party of the one part

**AND**

**Habitat for Humanity Philadelphia, Inc., a Pennsylvania Non-profit Corporation**

(hereinafter called the Grantee), parties of the other part,

**WITNESSETH** That the said Grantor, for and in consideration of the sum of One dollar and 00/100 Dollar ($1.00)  lawful money of the United States of America, unto them well and truly paid by the said Grantee at or before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, has granted, bargained and sold, aliened, enfeoffed, released and confirmed, and by these presents do grant, bargain and sell, alien, enfeoff, release and confirm unto the said Grantee, its respective successors, and assigns forever.

### Legal Description

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements erected thereon, situated in the 44th Ward of the City of Philadelphia, and described in accordance with a Survey and Plan of Property 2012-37SK-D4997 CP#150 made July 30, 2012 for Habitat for Humanity by Karl E. Kriegh Acting Surveyor & Regulator of the Seventh Survey district, as follows:

**BEGINNING AT A POINT** on the southerly side of Stiles Street 30 feet wide legally open, on City plan at a distance of 341.994 feet eastwardly from the southeasterly side of St. Bernard Street 30 feet wide legally open, on City Plan;

Thence extending N84°10'10"E, along said Stiles Street the distance of 28.000 feet to a point;

Thence extending S05°49'50"E, partly passing through a masonry wall, the distance of 50.000 feet to a point on the northerly side of a certain 4 feet wide alley which extends eastwardly and communicates with another 4 feet wide alley that extends northwardly to said Stiles Street and also extends westwardly communicating with a third 4 feet wide alley that extends northwardly to said Stiles Street and southwardly to communicate with a three feet wide alley that extends westwardly to said St. Bernard Street;

Thence extending along the said northerly side of the said 4 feet wide alley S48°10'10"W, the distance of 28.000 feet to a point;

Thence extending N05°49'50"W, partly passing through a masonry wall the distance of 50.000 feet to a point on the said southerly side of Stiles Street being the **FIRST MENTIONED POINT AND PLACE OF BEGINNING.**

**CONTAINING IN AREA** 1,400 SQ. FT. or 0.03214 Acres.

BEING known as No. 4946-48 West Stiles Street.

New BRT TAX NO. _____

Being the same premises, 4946 West Stiles Street, that by Sheriff's Deed dated 12/14/2009, the Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania and recorded 1/22/2010 in the Recorder of Deeds Office of the County of Philadelphia as Document No.

52169491, whereby title to said premises vested in Habitat for Humanity – West Philadelphia, in fee, AND

Being, in part, the same premises, 4948 West Stiles Street, that the Redevelopment Authority of the City of Philadelphia by Deed dated 08/27/1992 and recorded 09/23/1992 in the Department of Records in the City of Philadelphia in Deed book VCS, No. 160, Page 026 et seq. conveyed unto Habitat for Humanity, West Philadelphia, a Pennsylvania non-profit corporation, in fee.

**TOGETHER** with all and singular the buildings, improvements, ways, streets, alleys, driveways, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever unto the hereby granted premises belonging, or in any wise appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of them the said Grantor, as well at law as in equity, of, in, and to the same.

**TO HAVE AND TO HOLD** the said lot or piece of ground with the buildings and improvements thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, to and for the only proper use and behoof of the said Grantee, its successors and assigns.

**AND** the said Grantor for its successors and assigns does covenant, promise and agree, to and with the said Grantee, its successors assigns, by these presents, that it, the said Grantor and its successors and assigns, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee, its successors and assigns, against it the said Grantor and its successors and assigns, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under him, her, or any of them, shall and will WARRANT and forever DEFEND.

**IN WITNESS WHEREOF,** the party hereunto set his hand and seal.  Dated the day and year first above written.

Sealed and Delivered
in the presence of us:

_____

Habitat for Humanity Philadelphia, Inc., a
Pennsylvania Non-profit Corporation

BY:_____
Name:_____TROY HANNIGAN_____
Title:____PROJECT MANAGER_____

Commonwealth of Pennsylvania      :
                                         : SS.

County of Philadelphia                :

On this, the _____ 24th _____ day of June, 2013, before me, a Notary Public, the undersigned officer, personally appeared Troy Hanigan who acknowledged himself/herself to be the _____ of Habitat for Humanity Philadelphia, Inc., and that he/she as such _____ being authorized to do so, executed the forgoing instrument for the purposes therein contained by signing the name of the corporation by him/herself as                                    .

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires On:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MILDRED C. KORN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 25, 2014

# DEED OF CONSOLIDATION

**GRANTOR(S):**        **Habitat for Humanity Philadelphia, Inc., a Pennsylvania Non-profit Corporation [the survivor corporation of a merger with Habitat for Humanity—West Philadelphia, a Pennsylvania Non-profit Corporation (also known as Habitat for Humanity, West Philadelphia)] also known as Habitat for Humanity**

## TO

**GRANTEES:**        **Habitat for Humanity Philadelphia, Inc., a Pennsylvania Non-profit Corporation**

## PREMISES

4946-48 West Stiles Street
Philadelphia, PA 1913_l_
County of Philadelphia

NEW BRT TAX NO. 44-2-0956-48

The address of the said Grantee is

1829 North 19th Street,
Philadelphia, PA 19121

On behalf of the said Grantee
File No.P-8718

**PHILADELPHIA REAL ESTATE RECORDER'S USE ONLY**
**TRANSFER TAX CERTIFICATION**

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) when the deed is without consideration, or by gift, or (3) a tax exemption is claimed. If more space is needed attach additional sheet(s).

**A. CORRESPONDENT NAME – All inquires may be directed to the following person:**

| NAME: Habitat for Humanity Philadelphia, Inc., a PA non-profit Corp. | TELEPHONE NUMBER: |
|---|---|
| STREET ADDRESS: 1829 N. 19th Street | CITY, STATE & ZIP CODE Philadelphia, PA 19121 |

**B. TRANSFER DATA**

| GRANTOR(S) / LESSOR(S) Habitat for Humanity Philadelphia, Inc., a PA non-profit Corporation | GRANTEE(S) / LESSEE(S) Habitat for Humanity Philadelphia, Inc., a PA non-profit corporation |
|---|---|
| STREET ADDRESS: 1829 N. 19th Street | STREET ADDRESS: 1829 N. 19th Street |
| CITY, STATE & ZIP CODE Philadelphia, PA 19121 | CITY, STATE & ZIP CODE Philadelphia, PA 19121 |

**C. PROPERTY LOCATION**

| STREET ADDRESS: 4946-48 W. Stiles Street | CITY, TOWNSHIP, BOROUGH: PHILADELPHIA |
|---|---|
| COUNTY: PHILADELPHIA | SCHOOL DISTRICT: PHILADELPHIA | TAX PARCEL NUMBER: See attached Exhibit A |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION $115,000.00 | 2. OTHER CONSIDERATION $0.00 | 3. TOTAL CONSIDERATION $115,000.00 |
|---|---|---|
| 4. COUNTY ASSESSED VALUE See Attached Exhibit A | 5. COMMON LEVEL RATIO FACTOR x3.27 | 6. FAIR MARKET VALUE See Attached Exhibit A |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION 100% | 1B. % OF INTEREST CONVEYED: 100% |
|---|---|

2. CHECK THE APPROPRIATE ITEM BELOW FOR EXEMPTION CLAIMED:

☐ Will or intestate succession: _____

☐ Transfer to Industrial Development Agency.

☐ Transfer to agent or straw party (Attach copy of agency/straw party agreement).

☐ Transfer between principal and agent (Attach copy of agency/straw party trust agreement). Tax paid prior to deed $_____

☐ Transfers to the Commonwealth, the United State, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation (Attach copy of resolution)

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____ Page Number _____ . Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐ Corrective deed (Attach copy of prior deed).

☒ Other  (Please explain exemption claimed, if other than listed above)

    Deed of Consolidation

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information and to the best of my knowledge and belief, it is true, correct and complete.

| SIGNATURE OF CORRESPONDENT: X | DATE: 6/24/13 |
|---|---|

## EXHIBIT "A"

| P-8718 | | COMMON LEVEL RATIO | | FAIR MARKET VALUE |
|---|---|---|---|---|

| ADDRESS | 4946 West Stiles Street | | | |
|---|---|---|---|---|
| BRT TAX NO | 44-2-0955-00 | | | |
| 2013 ASSESSMENT | $7,040.00 | 3.27 | | $23,020.80 |

| ADDRESS | 4948 West Stiles Street | | | |
|---|---|---|---|---|
| BRT TAX NO | 44-2-0956-10 | | | |
| 2013 ASSESSMENT | $7,360.00 | 3.27 | | $24,067.20 |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| TOTAL = | $14,400.00 | 3.27 | | $47,088.00 |
|---|---|---|---|---|

**GENERAL AFFIDAVIT**

**City of Philadelphia
Records Department**

**BEFORE ME**, the undersigned Notary,

| Mildred C. Korn |
|---|

*[name of Notary*

*before whom affidavit is sworn]*, on this | | day of

| | *[month]*, 20| | personally appeared

| Nicole Cunliffe |
|---|

*[name of affiant]*,

known to me to be a credible person and of lawful age, who being by me first duly

sworn, on | | *[his or her]* oath, deposes and says:

In accordance with Section 2-200 of the City of Philadelphia Code of Ordinances, the

attached deed is being filed by | Prestige Abstract Corporation | , a

☑ -Title Insurance company, as defined in 40 P.S. § 910-1, located at _____

| 100 South Broad Street, Suite 1330, Philadelphia, PA 19110 |
|---|

*[address of record for title insurance company]*

☐ - Law Firm/Individual Attorney, ☐ Bar ID # | | , located at _____

| |

*[address of record of law firm or individual attorney]*

The attached deed submitted for recording is for the following property address:

| 4946-48 West Stiles Street, Philadelphia, PA 19131 |
|---|

_[signature of affiant]_

Nicole Cunliffe
_[typed name of affiant]_

100 South Broad Street, Suite 1330
_[address of affiant, line 1]_

Philadelphia, PA 19110
_[address of affiant, line 2]_

Subscribed and sworn to before me, this ___24th___ _[day of month]_ day of
___April___ _[month]_, 20 13 .

_[Notary Seal:]_

_[signature of Notary]_

Mildred C. Korn
_[typed name of Notary]_

NOTARY PUBLIC

My commission expires: ___July 25___ , 20 14 .

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MILDRED C. KORN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 25, 2014





**52659188**
Page: 1 of 8
06/26/2013 10:30AM

**PREPARED BY:**
**Prestige Abstract Corporation**

This Document Recorded          Doc Id: 52659188
06/26/2013  State RTT: 1,150.00  Receipt #: 1259556
10:30AM     Local RTT: 0.00      Rec Fee: 230.00
Doc Code: D   Commissioner of Records, City of Philadelphia

**RETURN TO: P-8718**
**Prestige Abstract Corporation**
**100 South Broad Street**
**Suite 1330**
**Philadelphia, PA 19110**

**BRT TAX NO. 44-2-0956-48**

**THIS INDENTURE** made the 24th day of June
in the year of our Lord Two Thousand and Thirteen (2013)

**BETWEEN**     **Habitat for Humanity Philadelphia, Inc., a PA non-profit corporation**

(hereinafter called the Grantor), party of the one part,

**AND**

**Tasha Underwood**

(hereinafter called the Grantee), party of the other part,

Witnesseth, That the said Grantor for and in consideration of the sum of One Hundred Fifteen

Thousand and 00/100 Dollars (  $115,000.00  ), lawful money of the United States of America,
unto It well and truly paid by the said Grantee, at or before the sealing and delivery hereof, the
receipt whereof is hereby acknowledged, granted, bargained and sold, aliened, enfeoffed,
released and confirmed, and by these presents do grant, bargain and sell, alien, enfeoff, release
and confirm unto the said Grantee, her, heirs and assigns forever.

See Legal Description Attached

## Legal Description

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements erected thereon, situated in the 44th Ward of the city of Philadelphia, and described in accordance with a Survey and Plan of property 2012-37SK-D4997 CP#150 made July 30, 2012 for Habitat for Humanity by Karl E. Kriegh Acting Surveyor & Regulator of the Seventh Survey District, as follows:

BEGINNING AT A POINT on the southerly side of Stiles Street 30 feet wide legally open, on City plan at a distance of 341.994 feet eastwardly from the southeasterly side of St. Bernard Street 30 feet wide legally open, on City Plan; Thence extending N84°10' 10"E, along said Stiles Street the distance of 28.000 feet to a point;

THENCE extending S05°49'50"E, partly passing through a masonry wall, the distance of 50.000 feet to a point on the northerly side of a certain 4 feet wide alley which extends eastwardly and communicates with another 4 feet wide alley hat extends northwardly to said Stiles Street and also extends westwardly communicating with a third 4 feet wide alley that extends northwardly to said Stiles Street and southwardly to communicate with a three feet wide alley that extends westwardly to said St. Bernard Street;

THENCE extending along the said northerly side of the said 4 feet wide alley S84°10'10"W, the distance of 28.000 feet to a point;

THENCE extending N05°49'50"W, partly passing through a masonry wall the distance of 50.000 feet to a point on the said southerly side of Stiles Street being the First Mentioned Point and Place of Beginning.

CONTAINING IN AREA 1,400 SQ. FT. or 0.03214 Acres

BRT TAX NO. 44-2-0956-48

BEING 4946-4948 Stiles Street

Being the same premises which Habitat for Humanity Philadelphia Inc. formerly known as Habitat for Humanity West Philadelphia by Deed of Consolidation dated __/__/____ and recorded __/__/____ in Philadelphia County in Document No. _____ conveyed unto Habitat for Humanity Philadelphia, Inc., in fee.


ALSO UNDER AND SUBJECT to the right of first refusal set forth in Section 31 of the Purchase Money Mortgage With Shared Appreciation Provision of even date herewith by Grantee in favor of Grantor and recorded with the Commissioner of Records of the City of Philadelphia on the date of recording of this indenture, which right of first refusal shall apply to and run with the land only so long as any mortgage now or hereafter made by Grantee in favor of Grantor and recorded with the Commissioner of Records of the City of Philadelphia remains unsatisfied as of record.

Together with all and singular the buildings, improvements, ways, streets, alleys, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances whatsoever thereunto belonging, or in any wise appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of It, the said Grantor as aforesaid, in law as in equity, or otherwise howsoever, of, in, and to the same and every part thereof.

To have and to hold the said lot or piece of ground with the buildings and improvement, thereon erected, hereditaments and premises hereby granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee her heirs and assigns, to and for the only proper use and behoof of the said Grantee her heirs and assigns forever.

And the said Grantor for Itself, Its successors and assigns does by these presents, covenant, promise and agree, to and with the said Grantee her heirs and assigns, that It, the said Grantor, all and singular the hereditaments and premises herein above described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee her heirs and assigns, against It the said Grantor and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under It, Them, or any of them, shall and will

WARRANT and forever DEFEND.

In Witness Whereof, the said Grantor as hereunto set Its Hand And Official Seal, duly attested by Its proper Officers.  Dated the day and year first above written.

Habitat for Humanity Philadelphia, Inc.,
a PA non-profit corporation

Sealed and Delivered
in the presence of us:

By: _____
Troy Hannigan, Project Manager

By: _____
Rebecca Seedah, Family Services Manager

Commonwealth of Pennsylvania                          :
                                                      : SS:
County of *Philadelphia*                              :

On this, the _24th_ day of _June_, 2013, before me, a Notary Public the
undersigned officer, personally appeared Troy Hannigan, who acknowledged himself to be the
Project Manager and Rebecca Seedah who acknowledged herself to be the Family Services
Manager of Habitat for Humanity Philadelphia, Inc., and that they as such, officers, being
authorized to do so, executed the foregoing instrument for the purposes therein contained by
signing the name of the corporation by themselves as such officers.

In Witness Whereof, I hereunto set my hand and official seal.

_____ Seal
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MILDRED C. KORN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 25, 2014

# DEED

**GRANTOR:**        **Habitat for Humanity Philadelphia, Inc., a PA non-profit
                     corporation**

                    **TO**

**GRANTEE:**        **Tasha Underwood**


## PREMISES
4946-48 W. Stiles Street
Philadelphia, PA 19131
County of Philadelphia
BRT TAX NO. 44-2-0956-48


The address of the above names Grantee is:

_4946-48 W. Stiles Street_
_Phila. PA   19131_

_____
On behalf of the Grantee
File No. P-8718

**PHILADELPHIA REAL ESTATE RECORDER'S USE ONLY**
**TRANSFER TAX CERTIFICATION**

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) when the deed is without consideration, or by gift, or (3) a tax exemption is claimed.  If more space is needed attach additional sheet(s).

**A. CORRESPONDENT NAME – All inquires may be directed to the following person:**

| NAME: | TELEPHONE NUMBER: |
|---|---|
| Tasha Underwood | |

| STREET ADDRESS: | CITY, STATE & ZIP CODE |
|---|---|
| 4946–4948 West Stiles Street | Philadelphia, PA 19131 |

**B. TRANSFER DATA**

| GRANTOR(S) / LESSOR(S) | GRANTEE(S) / LESSEE(S) |
|---|---|
| Habitat for Humanity Philadelphia, Inc., a PA non-profit Corp. | Tasha Underwood |

| STREET ADDRESS: | STREET ADDRESS: |
|---|---|
| 1829 N. 19th Street | 4946 West Stiles Street |

| CITY, STATE & ZIP CODE | CITY, STATE & ZIP CODE |
|---|---|
| Philadelphia, PA 19121 | Philadelphia, PA 19131 |

**C. PROPERTY LOCATION**

| STREET ADDRESS: | CITY, TOWNSHIP, BOROUGH: |
|---|---|
| 4946–48 W. Stiles Street | PHILADELPHIA |

| COUNTY: | SCHOOL DISTRICT: | TAX PARCEL NUMBER: |
|---|---|---|
| PHILADELPHIA | PHILADELPHIA | 44-2-0956-48 |

**D. VALUATION DATA**

| 1. ACTUAL CASH CONSIDERATION | 2. OTHER CONSIDERATION | 3. TOTAL CONSIDERATION |
|---|---|---|
| $115,000.00 | $0.00 | $115,000.00 |

| 4. COUNTY ASSESSED VALUE | 5. COMMON LEVEL RATIO FACTOR | 6. FAIR MARKET VALUE |
|---|---|---|
| $14,400.00 | x3.27 | $47,088.00 |

**E. EXEMPTION DATA**

| 1A. AMOUNT OF EXEMPTION: | 1B. % OF INTEREST CONVEYED: |
|---|---|
| 100% | 100% |

2. CHECK THE APPROPRIATE ITEM BELOW FOR EXEMPTION CLAIMED:

☐  Will or intestate succession: _____

☐  Transfer to Industrial Development Agency.

☐  Transfer to agent or straw party (Attach copy of agency/straw party agreement).

☐  Transfer between principal and agent (Attach copy of agency/straw party trust agreement). Tax paid prior to deed $_____

☐  Transfers to the Commonwealth, the United State, and Instrumentalities by gift, dedication, condemnation or in lieu of condemnation (Attach copy of resolution)

☐  Transfer from mortgagor to a holder of a mortgage in default.  Mortgage Book Number _____ Page Number _____ .  Mortgagee (grantor) sold property to Mortgagor (grantee) (Attach copy of prior deed).

☐  Corrective deed (Attach copy of prior deed).

☒  Other  (Please explain exemption claimed, if other than listed above)

**See attached email from Christine T.  Bak, Esquire for the City of Philadelphia.**

Under penalties of law or ordinance, I declare that I have examined this Statement, including accompanying information and to the best of my knowledge and belief, it is true, correct and complete.

| SIGNATURE OF CORRESPONDENT: | DATE: |
|---|---|
| X | 6/24/13 |

**Millie Korn**

| | |
|---|---|
| **From:** | Christine.Bak@phila.gov |
| **Sent:** | Tuesday, June 18, 2013 4:46 PM |
| **To:** | mkorn@prestigeabstract.com |
| **Cc:** | Frannie.Kaplan@phila.gov; 'Berkman, Judy'; rebeccas@habitatphiladelphia.org; 'Troy Hannigan'; Varghese.Kunjachan@Phila.Gov |
| **Subject:** | RE: FW: 4946-48 W Stiles St - Tasha Underwood Buyer--Habitat for Humanity Philadelphia, Inc Seller |

I understood I was agreeing to not require transfer tax on the sale by Habitat of 4946-48 W Stiles Street to Tasha Underwood.  Is that correct?
Christine T. Bak
Senior Attorney
City of Philadelphia Law Department
1401 JFK Boulevard
5th Floor
Philadelphia, Pa 19102
215-686-0514
215-686-0588 (fax)

"Millie Korn" <mkorn@prestigeabstract.com>

06/18/2013 04:34 PM

```
Please respond to
<mkorn@prestigeabstract.com>
```

To <Christine.Bak@phila.gov>, "Berkman, Judy" <judy.berkman@rhls.org>

cc <rebeccas@habitatphiladelphia.org>, "Troy Hannigan" <troyh@habitatphiladelphia.org>, <Frannie.Kaplan@phila.gov>, <Varghese.Kunjachan@Phila.Gov>

Subject RE: FW: 4946-48 W Stiles St - Tasha Underwood Buyer--Habitat for Humanity Philadelphia, Inc Seller

Hi Chris -- Does this also include the sale to Tasha Underwood as you only attached the Deed of Consolidation. I just want to clarify this so we don't have any issue when we present the deed for recording.
Thanks,
Millie

Millie C. Korn, Vice President
Prestige Abstract Corporation
100  South Broad Street , Suite 1330
Philadelphia, PA   19110
215-561-3220(P) 215-561-3112 (F)
**From:** Christine.Bak@phila.gov [mailto:Christine.Bak@phila.gov]
**Sent:** Tuesday, June 18, 2013 4:31 PM
**To:** Berkman, Judy
**Cc:** mkorn@prestigeabstract.com; rebeccas@habitatphiladelphia.org; Troy Hannigan (troyh@habitatphiladelphia.org); Frannie.Kaplan@phila.gov; Varghese.Kunjachan@Phila.Gov
**Subject:** Re: FW: 4946-48 W Stiles St - Tasha Underwood Buyer--Habitat for Humanity Philadelphia, Inc Seller

Yes the City will accept the filing without transfer tax.

Christine T. Bak

1

## GENERAL AFFIDAVIT

**City of Philadelphia**
**Records Department**

**BEFORE ME**, the undersigned Notary,

| Mildred C. Korn | *[name of Notary* |

*before whom affidavit is sworn]*, on this |_____| day of

|_____| *[month]*, 20|____| personally appeared

| Nicole Cunliffe | *[name of affiant]*,

known to me to be a credible person and of lawful age, who being by me first duly

sworn, on |_____| *[his or her]* oath, deposes and says:

In accordance with Section 2-200 of the City of Philadelphia Code of Ordinances, the

attached deed is being filed by | Prestige Abstract Corporation | , a

[✓]-Title Insurance company, as defined in 40 P.S. § 910-1, located at _____

| 100 South Broad Street, Suite 1330, Philadelphia, PA 19110 |
*[address of record for title insurance company]*

[ ]- Law Firm/Individual Attorney, [ ] Bar ID # |_____|, located at _____

|_____|

*[address of record of law firm or individual attorney]*

The attached deed submitted for recording is for the following property address:

| 4946-48 West Stiles Street, Philadelphia, PA 19131 |

_[signature of affiant]_

Nicole Cunliffe
_[typed name of affiant]_

 100 South Broad Street, Suite 1330 
_[address of affiant, line 1]_

 Philadelphia, PA 19110 
_[address of affiant, line 2]_

Subscribed and sworn to before me, this _24th_____ _[day of month]_ day of
_July_____ _[month]_, 20 13 .

_[Notary Seal:]_

_[signature of Notary]_

Mildred C. Korn
_[typed name of Notary]_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MILDRED C. KORN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 25, 2014

NOTARY PUBLIC

My commission expires:  July 25          , 20 14  .

# MORTGAGE STATEMENT

Statement Date: 10/16/2024

**Santander**

1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8945

| Property Address: | 4946 -48 W STILES ST |
| | PHILADELPHIA PA 19131 |

| Account Number | 9350216587 |
|---|---|

**Past Due - Immediate Payment Required**

| Amount Due (as of 10/16/2024) | $50,809.80 |
|---|---|
| (Good through 10/24/2024) | |

+ 0883174 000029552 09DVM1 00919832
TASHA UNDERWOOD
4946 STILES ST 48
PHILADELPHIA, PA 19131

| Contact Us | 1.855.241.5700 |
|---|---|

## Account Information

| | |
|---|---|
| Outstanding Principal Balance | $102,765.50 |
| Current Escrow Account Balance | $-18,702.70 |
| Interest Rate | % |
| Prepayment Penalty | No |

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home.  As of October 16, you are 2906 days delinquent on your mortgage loan.

*Recent Account History:*

| Payment Due | Payment Status |
|---|---|
| 10/01/2024 | Unpaid balance of $597.65 |
| 09/01/2024 | Unpaid balance of $597.65 |
| 08/01/2024 | Unpaid balance of $597.65 |
| 07/01/2024 | Unpaid balance of $597.65 |
| 06/01/2024 | Unpaid balance of $597.65 |
| 05/01/2024 | Unpaid balance of $597.65 |
| TOTAL Due (as of 10/16/2024) | $50,809.80 |

Good through 10/24/2024
**You must pay this amount to bring your loan current.**
The amounts listed in the Payment Status column are past due periodic payments that may not include accrued fees, costs, and charges. The Total Due corresponds to the Reinstatement Amount and is the amount that will reinstate your loan.

**You agreed to participate in the following Loss Prevention Program - N/A. The first notice or filing required by law for any foreclosure process has not been made.**

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following: US Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287. You can also select to receive counseling through the HOPE Hotline by calling 1-888-995-HOPE.

## Explanation of Amount Due

| Total Amount of Periodic Payments Past Due: | $49,303.80 |
|---|---|
| Total Fees Charged Since Last Statement | $30.00 |
| Total Fees Charged: | $1,476.00 |
| **Reinstatement Amount (as of 10/16/2024):** | **$50,809.80** |
| **Total Accelerated Amount (as of 06/21/2018):** | **$105,337.11** |

The Reinstatement Amount is good through 10/24/2024.
**NOTE:** None of the amounts disclosed herein are payoff amounts. The acceptance of payments does not constitute a waiver or modification of any of our rights or remedies permitted by law and/or the loan documents.

**Reinstatement** means bringing the loan current by paying the Reinstatement Amount shown above. Paying the Reinstatement Amount in accordance with the conditions explained herein will reinstate the loan. One condition of reinstatement is that charges, interest, fees, costs, advances, expenses, monthly payments, and other amounts that are incurred or billed between the date of this statement and the date the reinstatement payment is received are not waived and must still be paid. The Reinstatement Amount above does not contain any estimated fees or costs. Upon expiration of the good through date, you will need to contact us to obtain an updated Reinstatement Amount.   Any amount received that is less than the Reinstatement Amount will not bring the loan current.

To reinstate the loan after 10/24/2024, contact us by email at Default.PIFREIN@yourmortgageonline.com or by phone at 1.855.241.5699 to obtain updated figures before submitting your payment.

**Payment must be in cashier's check, certified check, or money order payable to Santander Bank, N.A. and sent to:**
P.O. Box 371306
Pittsburgh PA  15250-7306

## Transaction Activity (4/1/2024 to 10/16/2024)

Transaction Activity Reflected on Page 2.

### Past Payments Breakdown

| Description | Paid Last Period | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |



**NOTICE TO CUSTOMERS WHO ARE IN BANKRUPTCY OR WHOSE OBLIGATION HAS BEEN DISCHARGED AND NOT REAFFIRMED:** TO THE EXTENT YOUR ORIGINAL OBLIGATION WAS DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY UNDER TITLE 11 OF THE UNITED STATES CODE, THE INFORMATION IN THIS MORTGAGE STATEMENT IS FOR REGULATORY COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.   HOWEVER, CREDITOR RETAINS RIGHTS UNDER ITS SECURITY INSTRUMENT, INCLUDING THE RIGHT TO FORECLOSE UNDER ITS LIEN.
PLEASE SEE REVERSE FOR ADDITIONAL IMPORTANT NOTIFICATIONS.

Please note:  If you have enrolled in our automatic payment service, your payment will process as scheduled pursuant to the terms of your signed Authorization Form.

Case 2:24-cv-05868-JP   Document 2   Filed 10/30/24   Page 38 of 43

# MORTGAGE STATEMENT

Statement Date: 10/16/2024

## Transaction Activity (4/1/2024 to 10/16/2024)

| Date | Description | Charges | Payments | Escrow Activity |
|------|-------------|---------|----------|-----------------|
| 04/30 | Property Inspection Fee | $30.00 | $0.00 | $0.00 |
| 05/28 | Property Inspection Fee | $30.00 | $0.00 | $0.00 |
| 06/27 | Property Inspection Fee | $30.00 | $0.00 | $0.00 |
| 07/19 | Property Inspection Fee | $30.00 | $0.00 | $0.00 |
| 08/26 | Disb. of Primary Hazard Insurance Premium | $0.00 | $0.00 | $-1,827.64 |
| 08/27 | Property Inspection Fee | $30.00 | $0.00 | $0.00 |
| 09/16 | Property Inspection Fee | $30.00 | $0.00 | $0.00 |
| 10/10 | Property Inspection Fee | $30.00 | $0.00 | $0.00 |

Total Outstanding Fee Balances*     Late Charge Assessment     $180.00     Property Inspection Fee     $1,326.00

*Total Outstanding Fee Balances include current charges plus all fees outstanding as of the date of this statement.



IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

This affidavit is in layman terms and may have a few typo's

30 October 2024

Affidavit

**State File Number 187344- January 1968**
**Emperess Tasha Alisa Tippett Bey**
**EMPERESS TASHA ALISA TIPPETT BEY**

**Tasha Alisa: Daughter of Edith Irene adopted by Hilton Burnett of the family Tippett and Underwood**
**Maternal Grandmother and Grandfather Esther and George**
**Biological Father Ralph Hankerson**
**Paternal Grandmother and Grandfather**
**Isabelle and Joseph of the family Moore and Hankerson**

This affidavit is to discharge the Debtor identified as Tasha Underwood and any Debt thereof incurred by way of Deeds/ Indenture and Wages, and Bonds made for the Public Good, this request for remedy is and to stop contributing to the National Debt that overall seem to is detrimental to the People.

In the Beginning
In 1993 and 1994 my Paternal **Grandmother and Grandfather Isabelle and Joseph Hankerson** left wills granting their assets to their Granddaughters personal Property, however the Will drafted by the Lawyers used legalese granting the bare minimum, the Executrix my Paternal sister Teresa Isabelle who did graciously transfer the Home I grew up in at 2506 N. 17th Street me and my daughters.

In 2008 I moved into a Homeless Shelter with my youngest daughter Tiara, I worked three Jobs and applied for the Habitat For Humanity Program, in 2010 I was accepted and we attended several meetings before our the Underwood family members diligently started working the hours required plus some ,which was over 350 hours dedicating time and hard Labor helping other with the construction of their homes and did help to build Habitat For Humanity Restore, we worked in brutal freezing cold to scorching Hot weather for Three grueling years. Our family was the last to receive a home as the normal time is Two years January 19, 2013 the Underwood family had the opportunity to be apart of working on our own home, which was something that never happened we work until the spring, and left the rest to what I thought were professional builders, We moved in July 3, 2013. The First night was traumatic what I found out later is that there where Rats running up the wall at night squealing quit loudly A exterminator sealed the hole in the basement with glass and cement, I no longer had any problems with rodents.

May 2009 my Brother Robert Underwood children Secret and Robert III, step daughter Tysheirra found their Mother murdered by strangulation by her live in boyfriend, my Brother Robert was diagnosed with stage four Cancer that same month and lost his Battle that September Just three month after losing their Mother.

2010 DHS became involved, and I took custody of the children they move in with me at my rental property, the plans changed and Habitat For Humanity agreed to build a Five bedroom home to accommodate all Underwood Family member so we combined two houses into one on Stiles Street 4946 and 4948

April 13, 2023 Judge Daniel Anders issued a Order to Manager Sean MacGregor and Clerk Jennifer Murphy in Judicial Records to no longer accept filing by Tasha Underwood or Tasha Tippett unless approved by Supervising Judge. The mention of bankruptcy fell on death ears, as being in a national state of emergency did not matter, The Constitution of the United States Article 1 section 10, All Debts which including, Public Private Loans Credits, Mortgages, Banks Accounts Ledgers.

Finding myself battling with a drug addiction that plague a hopeless people in the 90's, led to a different lifestyle to support the habit, I ended up surrendering to the custody of Lycoming County Sheriff for a Warrant. This caused me to transfer my childhood family home at 2506 N. 17th Street, after I allowed Maternal Sister Jacqueline to move in to avoid a domestic abusive relationship, she promised to care for my two daughter as they would avoid being subject to DHS and keep them in stable home, I finished a two year sentence in Prison at Muncy Womens Correctional Facility and Nine Months in Clinton Women Correctional Facility in New Jersey, thinking it would be a easy to transition back home unfortunately, my Sister Jacqueline was not willing to transfer the property back over to me and this created a hostile environment, leaving me no choice but to move in

with Mother Edith in her Home at 1722 E. Washington Lane, eventually she was also was forced to leave her home being duped in a Mortgage scheme and not aware of the the discharge process.


June 2013
The City of Philadelphia denied the Three Children the Compensation under Statute when a Parent is the Murdered in the City of Philadelphia unfortunately they denied the letter I sent for them about their Mother Angelic Grace Anderson, I also believe DHS deliberately completed the adoption outside of Philadelphia in Bucks County, and deliberately held up the adoption to avoid forty thousand dollar stipend that was offered to each child, I also had an issue with the no taxes report for the Monthly Payment for the Monthly Stipend.

May 2014 Jaqueline Denise Underwood Died from Breast Cancer the Property was then transferred to her Daughters my nieces Makia, Zakia and Tasha. Zakia and Tasha Transferred the Property to Makia 2023 and she has too been Scammed in a Mortgage scheme.

Property Maintence Issues
Around 2014 at least 6 inches rain of water filled the basement, when it was hard rain. 2015 a swarm of termites flew up in my bed room, the President Frank Monaghan, visited my home to try and come to some type of resolution, they wanted to charged me to fix the problem but I refused, to sign an agreement, this issue started me to investigate the Deed and the look for the papers in which I signed,

August 2014
Raymond Eugene Robinson as a upright standing man that I dated for a few year transferred possession of his Apartment Building for at 4012 Old York he would work and maintain the Property his tenacity to be apart of something so great was encouragement as we wanted to be a pillar in our community, with him recognizing my experience and my plight with drugs and prison being a troubled youth, however these dreams were shot it was so difficult, as looking into a 501-C (3) wasn't appealing it was slow and pretty much felt like constant begging to a community that was already deemed poor, I felt outcasted I even reached out to CEO Corrine O'Connell, who looked at me with distain, as I just desperately wanted to help the youth, but finding myself hitting so many wall, obstacle and hurdles got in the and then the Sheriff took the building in a Tax Sale.

February 2017
Jefferson University Hospital
I started employment with 2009 Jefferson Hospital, joined Union 1199C unfortunately I had major ankle injury Two surgeries later found disabled and know longer capable of doing the task, I received the bare minimum from a Insurance claim and the from Social Security Insurance, I did try several to to stop payment and was told I would have to return the monies from the checks received almost $40,000 and not familiar with discharging Debt.

Bad Faith
2023 Peco Utility cut Electric Off
2024 PGW Philadelphia Gas Works Dug up the Ground and Cut Gas Line

HABITAT FOR HUMANITY PHILADELPHIA INC. used their 501(c)(3) United States Corporation I believe acting in bad faith as well as used Propaganda using our Labor the tactics of language 350 Work Man Hours, as the bargain is to me a trade of some sort given they attached a Purchase Money Mortgage recorded our Work Hours to help then Deeds with descriptions not of the actual home, many family home on the 4900 Stiles Street, were purchased, by Men and Women something is amiss with the Deed/Indenture, in the name Tasha Underwood when I requested all document that I signed KML claimed the original documents were lost. KML LAW GROUP CLAIMED also claim to be a Debt Collectors for HABITAT FOR HUMANITY PHILADELPHIA INCORPORATED, and petitioned the court for a Ejectment, claiming to have A interest in property at 4946-48 W. Stiles Street

My personal experience with the Philadelphia City and County Administrative Court System, the Clerk of Courts, its Lawyers, Magistrates and Judges. All Motions filed by me were all denied however the only standing motion approved is the Informa Pauperis also court rooms assigned so not exist and has continued before and after granted to Kenneth L Baritz and his Law firm and transferred to him and his Client January 2019 Sheriff then Jewel Williams, although the transfer on the Deed Poll says CITY OF PHILADELPHIA VS TASHA UNDERWOOD.

James Zwolak, City of Philadelphia Solicitor, Kenneth L Baritz, KML LAW GROUP P.C. Officers of Judicial Record Deputy Director Kara Kalogrias, Manager Sean McGregory, Jennifer Murphy, Sheriff Rochelle Bilal
 Indirectly and Gleyton Gutierrez, TOTAL GROUP LLC, and JOSEPH K ELLIOT,

State of Pennsylvania issued State File Number 187344- January 1968
To Tasha Alisa Underwood Grantee

COMMONWEALTH OF PENNSYLVANIA AND its officer reference their commitment to the Commonwealth Constitution this instrument is connected to Deeds and Indentures filed by the People and a requirement when transferring and purchasing property to identify the Owner/Landlord when recording such with City/County of Philadelphia.

**According to THE CONSTITUTION of the COMMONWEALTH OF PENNSYLVANIA ARTICLE I "DECLARATION OF RIGHTS" Project 70 Article VIII Section 15 and 16 For Utilities and the Land, Reservoir and Water,** and the **indebtedness** thereof in regard to the Bonds issued such as **Deeds/ Trust Indentures,**

**As we are all in a National Emergency,** all Debts care discharged and redeemable in Lawful money in the United States by the U.S. Treasury on Demand for all Debts, Public, Private, Personal, Full Faith and Credit given to the State/Estate for the Public Good. **The US Constitution prohibits ex post facto laws in Article I, Section 9,**
In my opinion
The legal system narrative around Birth, Political, Education Religion Race, Gender, Title, Names, and how it effects the physical

HABITAT FOR HUMANITY PHILADELPHIA INC. used their 501-C3 Non Profit to help rebuild Houses for many attaching a mortgage, selling fictional Deeds on the 4900 Stiles Street, where many homes were purchased, by those indigenous to the land in Philadelphia Pennsylvania, something is amiss with the Deed of Trust Indenture, in the name Tasha Underwood case the legal description is not that of the property and according to court records the original documents were lost, the phrase United States of America Lawful Money use the context similar to United States Constitution where [Silver and Gold] can be used to pay for debts Public and Private.

**31 U.S. Code §5103-Legal tender**
United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) are legal tender for all debts, public charges, taxes, and dues. Foreign gold or silver coins are not legal tender for debts.

HABITAT FOR HUMANITY filed the Deed in 07/2013 the location of the property in the Deed description is not and does describe the property and there is evidence of which lead me to also file a Deed using the same property legal description. October 2020 Habitat

In **2017,** CITY OF PHILADELPHIA LAW DEPARTMENT brought a claim filed by Solicitor James Zwolak for taxes. Kenneth L Baritz brought a claim in the COUNTY OF PHILADELPHIA where Sheriff Jewell Williams seized property in 2020, by issuing a DEED POLL which legally is considered Name Change Document without my consent. The Property was then transferred to a Business "OUR NEXT APARTMENT " the owners name is "Effi Avitan" then sold Property to Gleyton Gutierrez who is now illegally in withholding Possession of the Apartment and Store front Building at 4012 Old York Road. The City Trustees wrongfully approved the transfer, and used the Court the Sheriff Office, and the Court refused to return the Property, Judicial Records denied every motion filed and

**Under no circumstances should the there be any confusion that the affiant knowingly or willingly was or is agreeable in participating in any Crimes continuing to be contributor to the United States Debt.**

Attempts to Remedy Deeds Filed with the Commissioner of Records

In June 2023 I filed several Deed using the same legal description, in the transfer in June 2013 from Habitat for Humanity although the address used 4946-4948 Stiles Street, the utility companies referenced 4948 as if it was 2 separate addresses being designated that address given by Office of Property Assessment, however the BRT Tax number 442000004 was never recognized by the City or the County, unfortunately Deeds not accepted I shredded I did give all original Deed that I did to the Clerk when first filing

MAY 2021 A petition was filed with Common Pleas Court for a change of name due to unforeseen issues this caused me to Petition and return to my original Born name by submitting a new Petition in 2024 for Tasha Alisa of the Family Underwood

whom and is Publicly known as **Tasha Underwood. However this was also an error and the Petition will be dismissed. As a Victim of Name Change has been filed with the United States Eastern District Court.**

On behalf of myself, and all the indigenous descendants across the planet whom have been colonized and forced to wrongfully pay for earthy resources, denied the use thereof and the atrocities that have taken place gun violence Murder, rape and the Families wronged by Habitat For Humanity Philadelphia especially on 4900 Stiles St. and the Sheriff Department.

There should be a program implemented that family Homes can NEVER be taken or families forced out of their Homes by the Sheriff, GAS ELECTRIC AND WATER, SHOULD NEVER BE CUT OFF for non Payment, and it should be a Program that forgive the Bill and the Debt thru the U.S Treasury Departments by the Representatives in Offices they should have direct Programs that discharge the Debt Properly.

John 10: 34-35
Is it not written in your Law, I said, ye are gods
If he called them gods to whom the word of God
came and Scripture cannot broken

Matthew 6
The Lords Prayer
Forgive us our sins as we
forgive those who sin against us.
And forgive us our trespasses as we forgive those
who trespass against us.

1 Timothy 1 8:11
Now we know that the law is good if one
Uses it lawfully, understanding this, that
the law is not laid down for the just but
for the lawless and disobedient, for the
ungodly and sinners for the unholy and
profane, for those who strike their fathers
and mothers, for murderers, the sexually
Immoral, men who practice homosexuality,
enslavers liars perjurer and what ever else
Is contrary to sound doctrine, in accordance
with the gospel of the glory of the blessed
God with which I have been entrusted.

Pslams119:106
I have suffered much; preserve my life, LORD, according to your word. Accept, LORD, the willing praise of my mouth, and teach me your laws, I have taken an oath and confirmed it that I will follow your righteous laws.

I Declare under penalty of perjury that the foregoing Affidavit is true and correct according to my opinion the best of my ability.

The Executor Office
TASHA ALISA UNDERWOOD

*Tasha Alisa: Underwood*

Evidence of Debts

Due to amount of pages, the evidence submitted is the pages necessary that can be compared, to the Public Records

1. Deed of Consolidation Between Habitat and its Corporation see Legal Description of Property 4946-48 W. Stiles  coordinates do not match Google Map  Deed Transferred to Tasha Underwood Description of Property is the same with 4946-4948 Stiles Street
**Goggle Map for 4946 39.97294°N 75.22086°W Goggle Map for 4948 39.97293°N 75.22088°W See message exchange from Millie Korn in reference  to Taxes.**

2. See Santander Mortgage Statement

3. HABITAT FOR HUMANITY PHILADELPHIA, INC AND SUBSIDIARY Notes to Financial Statements(Continued)
Note 10 Language is ambiguous in
PPP Loans granted
 to HABITAT FOR HUMANITY STAFF the Year of COVID
4. LINE OF CREDIT  from Santander Bank
Tasha Underwood and others Habitat home family Notes were drawn on Santander

NOTES PAYABLE,
All though Stiles Street run through out Philadelphia the Claim was initiated October 2020

5. HABITAT FOR HUMANITY PHILADELPHIA INC. TAX DOCUMENTS
Total Liabilities and Net Assets/fund Balances from 2022